# United States District Court
## Northern District of Illinois
### Eastern Division

Thelma L. Anderson					**JUDGMENT IN A CIVIL CASE**

        v.						Case Number: 10 C 1953

Sacred Heart Home

☐	Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■	Decision by Court. This action came before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for want of prosecution, plaintiff having failed to comply with the court's order dated 8/30/2011.

Michael W. Dobbins, Clerk of Court

Date: 3/31/2011					_____
							/s/ Wanda A. Parker, Deputy Clerk